IN RE ADVISORY OPINION TO THE GOVERNOR.

Opinion Filed February 13, 1920.

The appropriation of a specific amount made by Chapter 7887, Laws of Florida, "for the year ending December 31st, 1919," cannot be used for expenses incurred under the Act during the year 1920.

STATE OF FLORIDA,

EXECUTIVE CHAMBER,

Tallahassee, Feb. 3, 1920.

To the Honorable Justices of the
Supreme Court of Florida,
Tallahassee, Florida.

Gentlemen:

Under the provisions of Section 13 of Article IV of the Constitution of Florida, I have the honor to request your written opinion affecting my powers and duties as Chief Executive under the following provisions of the Constitution:

"Section 24, Article IV. The Treasurer shall receive and keep all funds, bonds and other securities in such manner as may be prescribed by law and shall disburse no funds or issue bonds or any other securities except upon the order of the Comptroller, countersigned by the Governor, in such manner as shall be prescribed by law."

I would like to be advised if, in view of the foregoing provision of the Constitution, I would be authorized as Governor to countersign a warrant drawn on the State

Treasurer for expenditures incurred in the year 1920, under the provisions of Chapter 7887, Laws of Florida, Acts of 1919, to be paid out of the appropriation made by said Chapter for the year ending December 31st, 1919.

Respectfully submitted,

SIDNEY J. CATTS,<br>Governor.

Tallahassee, Fla., February 13th, 1920.

Hon. Sidney J. Catts,
 Governor of Florida,
  Tallahassee, Fla.

Dear Sir:

Your letter of 3rd instant in which you request an opinion as to whether under Section 24, Article IV of the Constitution you are authorized to countersign a warrant drawn by the Comptroller on the State Treasurer for expenditures incurred in the year 1920, under the provisions of Chapter 7887, Laws of Florida, Acts of 1919, to be paid out of the appropriation made by said Chapter for the year ending December 31, 1919, has been considered.

Section 12 of Chapter 7887, Laws of Florida, provides that "The sum of Fifty Thousand Dollars is hereby appropriated for the year ending December 31, 1919; One Hundred Thousand Dollars for the year ending December 31, 1920, and Fifty Thousand Dollars for the period ending June 30, 1921; and thereafter the Board of Managers shall submit to each Legislature their budget for maintenance and improvements as a basis for further appropriations."

This section clearly contemplates that the appropriation therein made "for the year ending December 31, 1920," shall be used only for those expenses that were properly incurred as authorized during the year 1920; consequently expenses incurred during the year 1920 cannot be lawfully paid from the appropriation made "for the year ending December 31, 1919."

Very respectfully,
JEFF'N B. BROWNE,
Chief Justice.

R. F. TAYLOR,
J. B. WHITFIELD,
Justices.